[L. A. No. 5489. In Bank.—July 1, 1918.]

WALTER A. LEWIS, Petitioner, v. SUPERIOR COURT OF THE COUNTY OF LOS ANGELES et al., Respondents.

OFFICE AND OFFICERS—MISCONDUCT IN OFFICE—REMOVAL PROCEEDINGS— LOS ANGELES COUNTY CHARTER.—Alternative writ of prohibition discharged and proceeding dismissed on the authority of *Hunt* v. *Superior Court, ante,* p. 470.

APPLICATION for a Writ of Prohibition to be directed to the Superior Court of Los Angeles County and to Curtis D. Wilbur, Judge thereof.

The facts are similar to those stated in the opinion of the court in *Hunt* v. *Superior Court, ante,* p. 470, [173 Pac. 1097].

Edwin A. Meserve, and Shirley E. Meserve, for Petitioner.

Thomas Lee Woolwine, District Attorney, and Geo. E. Cryer, Chief Deputy District Attorney, for Respondents.

The COURT.—This proceeding is in all material respects the same as *Hunt* v. *Superior Court, ante,* p. 470, [173 Pac. 1097], the petitioner herein being the auditor of Los Angeles County.

For the reasons given in the opinion filed in the Hunt case, the proceeding must be dismissed.

The alternative writ of prohibition heretofore issued herein is discharged and the proceeding dismissed.